UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL S. MITCHELL, )
)
)
Plaintiff ) NO: 2:11-cv-00443
)
)
v. )
)
)
ARROW FINANCIAL SERVICES, )
)
Defendant )

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated, by and between counsel for Plaintiff, Michael S. Mitchell, and Defendant, Arrow Financial Services, that this action and all of the claims set forth therein are dismissed with prejudice. The parties shall bear their own costs and fees.

/s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Avenue
Ambler, PA 19002
(215)540-8888
abennecoff@creditlaw.com
Attorney for Plaintiff

/s/ Joann Needleman
Joann Needleman, Esquire
MAURICE & NEEDLEMAN
935 One Penn Center
1617 J.F.K. Boulevard
Philadelphia, PA 19103
(215) 789-7151
joann@mnlawpc.com
Attorney for Defendant

SO ORDERED, this 22 day of August, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge